IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> JOSE R. SANTIAGO-GONZALEZ, <br>     Defendant. | CRIMINAL NO. 17-072 (PG) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given by Mr. Jose R. Santiago-Gonzalez, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment entered against him on December 7, 2018 (D.E. # 57), by Hon. Juan M. Perez-Gimenez, Judge for the United States District Court for the District of Puerto Rico.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of December 2018.

                                       **ERIC A. VOS**
                                       **Federal Public Defender**
                                       **District of Puerto Rico**

                                       *S / Jesus A. Hernandez-Garcia*
                                       **Assistant Federal Public Defender**
                                       **USDC-PR 226812**
                                       241 F.D. Roosevelt Ave.
                                       Hato Rey, P.R. 00918-2441
                                       (787) 281-4922/ Fax (787) 281-4899
                                       E-mail: Jesus_Hernandez@fd.org